**Dismissed and Opinion Filed January 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01477-CR

**LAWRENCE LEATHERS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-56763-S**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's December 28, 2017 motion to dismiss appeal. Appellant

and his counsel have signed the motion. Accordingly, we dismiss the appeal. TEX. R. APP. P.

42.2(a).

We order that this decision be certified below for observance.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
171477F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LAWRENCE LEATHERS, Appellant

No. 05-17-01477-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-56763-S.
Opinion delivered by Chief Justice Wright.
Justices Francis and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered January 12, 2018.